| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Castel, P .Kevin | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>4/26/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge(active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    1st Vice President | St. John's School of Law, Alumni Association (uncompensated) |
| 2. | |
| 3. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. |
| 2.    7/1/00 | Cahill Gordon & Reindel Defined Benefit Plan |
| 3.    7/1/00 | Cahill Gordon & Reindel Partner & Staff 401(k) Plan |

FINANCIAL DISCLOSURE OFFICE
2005 MAY -2 A 10: 0
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Cahill Gordon & Reindel LLP (fees received in 2005 for fiscal 2004 attributable to services prior to 10/31/03 withdrawal) | $29,041 |
| 2. | 2004 | Cahill Gordon & Reindel LLP (fees received in 2004 for fiscal 2004 attributable to services prior to 10/31/03 withdrawal) | $384,996 |
| 3. | 2004 | Cahill Gordon & Reindel LLP (fees received in 2004 for fiscal 2003 attributable to services prior to10/31/03 withdrawal) | $1,251,313 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Teachers Insur and Annuity Assoc (Payment under Spouse's Deceased Mother's Retirement Plan) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Commercial & Federal Litigation Section of New York State Bar Association | Uncasville, CT., May 21-23, Lodging (PKC, ▮▮▮▮▮ and Food (▮▮▮▮▮) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brk Act #1 Fidelity Capital Appreciation Mutual Fund | E | Dividend | N | T | buy | 1/9 | K | | |
| 2. same as above | | | | | buy | 1/22 | K | | |
| 3. same as above | | | | | buy | 1/26 | K | | |
| 4. same as above | | | | | buy | 6/4 | J | | |
| 5. same as above | | | | | buy | 12/6 | K | | |
| 6. Brk Act #1 Fidelity Cash Reserves | D | Dividend | P1 | T | | | | | |
| 7. Brk Act #1 Fidelity Asset Manager Mutual Fund | D | Dividend | N | T | buy | 4/12 | K | | |
| 8. Brk Act #1 Fidelity Aggressive Growth Mutual Fund | B | Dividend | N | T | buy | 1/8 | K | | |
| 9. Brk Act #1 Fidelity Insurance Mutual Fund | B | Dividend | L | T | buy | 6/4 | J | | |
| 10. Brk Act# Fidelity Balanced | A | Dividend | M | T | buy | 1/8 | K | | |
| 11. same as above | | | | | buy | 12/6 | K | | |
| 12. same as above | | | | | buy | 12/29 | K | | |
| 13. Brk Act#1 Spartan NY Muni Income | C | Dividend | M | T | buy | 10/14 | L | | |
| 14. Brk Act# Fidelity Diversified International | | None | | | buy | 1/8 | K | | |
| 15. same as above | | | | | sell | 1/22 | K | A | |
| 16. Brk Act #2 SB Muni Mny Mkt Port CL A | E | Dividend | O | T | | | | | |
| 17. Brk Act #2 NQN (Nuveen NY) invt Qualtiy Mun Fd | C | Dividend | K | T | | | | | |
| 18. Brk Act #2 AIM Aggr Grwth Fd Class A | | None | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Brk Act #2█SB Apprectioan Fd CL A | B | Dividend | N | T | | | | | |
| 20. Brk Act #2█SB Premier Selections Large Cap Fd CL A | | None | | | sell | 12/30 | K | | |
| 21. Brk Act #2█SB Muni Fd NY Port CL A | E | Dividend | O | T | | | | | |
| 22. Brk Act #2█SB Intermediate Maturity NY Muni Fund CLA | D | Dividend | N | T | | | | | |
| 23. Brk Act #2█SB Large Cap Grwth FD CL A | | None | M | T | buy | 11/30 | K | | |
| 24. same as above | | None | | | buy | 12/30 | K | | |
| 25. Brk Act #2█Units Nuveen TE UT TR #51 M NY Insd Ser 6 | A | Dividend | J | T | | | | | |
| 26. Brk Act #2█NYS MED CARE FACS FINAGY RV MENTHLTH 5.3/04 | B | Interest | | | redemption | 2/15 | K | | |
| 27. Brk Act #2█NYC SER A-1 AMBAC 5/04 | B | Interest | | | redemption | 8/1 | L | | |
| 28. Brk Act #2█NYC G/O SER L 5.3/04 | C | Interest | | | redemption | 8/1 | K | | |
| 29. Brk Act #2█NY NY SER D 6/05 | B | Interest | K | T | | | | | |
| 30. Brk Act #2█NYS MED CARE FAC FIN AGY MENTHLTH 5/05 | C | Interest | L | T | | | | | |
| 31. Brk Act #2█NYS DORM AU REVS CITY U 5/05 (4.45/05) | B | Interest | K | T | | | | | |
| 32. Brk Act #2█NYC G/O SER L 5.45/05 | C | Interest | L | T | | | | | |
| 33. Brk Act #2█NYC Gen Oblig SER K 4.5/05 | C | Interest | L | T | | | | | |
| 34. Brk Act #2█NYS DORM AUTH REVS SECD HOSP 5/06 | B | Interest | L | T | | | | | |
| 35. Brk Act #2█MTA NY Excess Loss Fd 4.3/06 | B | Interest | L | T | | | | | |
| 36. Brk Act #2█NYS Med Care Facs Fin Agy Mntl Hlth 4.9/(06) | B | Interest | | | sell | 2/15 | L | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Brk Act #2 NYS Trwy Auth Gen Rev Ser B 4.9/07 | B | Interest | K | T | | | | | |
| 38. Brk Act #2 Triborough B & TAuth NY GEN PURP SER A 5/ | B | Interest | K | T | | | | | |
| 39. Brk Act #2 NYC G/O SER J 5/07 | B | Interest | L | T | | | | | |
| 40. Brk Act #2 NYS Dorm Au REVS City U 4.625/07 | B | Interest | K | T | | | | | |
| 41. Brk Act #2 NYS Dorm Au Revs Rockefeller U 4.3/07 | B | Interest | L | T | | | | | |
| 42. Brk Act #2 NYS Dorm Au REVS M Filmore Hosp 5.125/08 | C | Interest | L | T | | | | | |
| 43. Brk Act #2 NYS Dorm Au Jewish Med Ctr 4.5/07 | A | Interest | K | T | | | | | |
| 44. Brk Act #2 NYS Med Care FAC Fin Agy MentHlth 5.4/08 | C | Interest | L | T | | | | | |
| 45. Brk Act #2 NYC Gen Oblig Ser H 4.5/08 | B | Interest | L | T | | | | | |
| 46. Brk Act #2 NY NY SER M AMBAC  5/08 | B | Interest | L | T | | | | | |
| 47. Brk Act #2 NYS DORM AU REVS 5/08 | C | Interest | M | T | | | | | |
| 48. Brk Act#2 Nassau Co Ser Z 5/08 | A | Interest | K | T | buy | 6/30 | K | | |
| 49. Brk Act #2 NYS Med Care FACS  Hosp & Nurs 5.75/08 | C | Interest | | | sell | 8/15 | L | | |
| 50. Brk Act #2 Nassau Cty COMB SWR DISTR SER Y 5/08 | C | Interest | L | T | | | | | |
| 51. Brk Act #2 NYST AU LOC HGHWY&BRIDGE 5/09 | D | Interest | M | T | | | | | |
| 52. Brk Act #2 NYS Dorm Au Revs New Island Hosp 5.2/09 | D | Interest | M | T | | | | | |
| 53. Brk Act #2 NY NY SER D 6/10 | A | Interest | K | T | | | | | |
| 54. Brk Act #2 NY NY SER J 4.625/10 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 4/26/2005 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.   Brk Act #2███NYC Gen Oblig SER K 5/10 | C | Interest | L | T | | | | | |
| 56.   Brk Act #2███NYS TWY AUTH 5.25/10 (X) | A | Interest | K | T | | | | | |
| 57.   Brk Act #2███NY NY RFDG Ser J  5/10 | B | Interest | L | R | buy | 11/02 | L | | |
| 58.   Brk Act#2███NYC G/O Ser G 3.125/10 | C | Interest | L | T | buy | 2/12 | L | | |
| 59.   Brk Act #2███Nassau Co Ser C 5.25/10  (X) | C | Interest | L | T | | | | | |
| 60.   Brk Act #2███NYC G/O SER C 4.375 (/11) | C | Interest | M | T | | | | | |
| 61.   Brk Act #2███NYC G/O SER D 5.4/11 | D | Interest | M | T | | | | | |
| 62.   Brk Act #2███NYS Dorm Au REVS ST Vincent's H 5.5/11 | C | Interest | L | T | | | | | |
| 63.   Brk Act #2███NYC RFDG Ser H 1.94/11 | D | Interest | N | T | buy | 1/26 | N | | |
| 64.   same as above | B | Interest | L | T | buy | 2/9 | L | | |
| 65.   same as above | B | Interest | L | T | buy | 5/27 | L | | |
| 66.   same as above | B | Interest | L | T | buy | 6/7 | L | | |
| 67.   Brk Act #2███NYC RFDG 1.77/11 | B | Interest | | | buy | 1/16 | L | | |
| 68.   same as above | B | Interest | | | buy | 1/25 | L | | |
| 69.   same as above | | | | | sell | 6/23 | M | | |
| 70.   NYC RFDG Ser H SubSer H6 1.040/11 | B | Interest | | | sell | 6/23 | M | | |
| 71.   Brk Act #2███NYS ENV FACS 5/11 (X) | A | Interest | K | R | | | | | |
| 72.   Brk Act #2███NYNY Ser F  5.125/11 | B | Interest | K | T | buy | 4/29 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. Brk Act #2⬛NYC Transitional Auth 4.6/11 (X) | B | Interest | K | T | | | | | |
| 74. Brk Act #2⬛NY NY Ser J 4/12 | C | Interest | L | T | buy | 5/13 | M | | |
| 75. Brk Act #2⬛NYS Dorm Auth City Univ 5.75/12 | C | Interest | L | T | buy | 4/7 | L | | |
| 76. Brk Act #2⬛ NYC RFDG Ser H-6 float/12 | B | Interest | M | T | buy | 5/27 | M | | |
| 77. Brk Act #2⬛NYC RFDG Ser F 5.25/12 (X) | A | Interest | J | T | | | | | |
| 78. Brk Act #2⬛Nassau Co Gen Imo Ser V 5.25/13 (X) | C | Interest | M | T | | | | | |
| 79. Brk Act #2⬛NYC G/O Ser H 5.25/13 (X) | A | Interest | K | T | | | | | |
| 80. Brk Act #2⬛NY NY Ser J FGIC-TCRS 5.35/12 (X) | E | Interest | K | T | | | | | |
| 81. Brk Act #2⬛NYS Dorm Auth Upstate Comm Coll Rev B 5/13 | B | Interest | L | T | buy | 8/23 | L | | |
| 82. Brk Act #2⬛NYC RFDG Ser H Sub H-6 1.94/13 | B | Interest | L | T | buy | 1/6 | L | | |
| 83. Brk Act #2⬛NY NY RFDG Ser B-FGIC TCRS 5.75/13 (X) | C | Interest | L | T | | | | | |
| 84. Brk Act #2⬛Medina NY Cent Sc Dist 4.75/13 (X) | B | Interest | K | T | | | | | |
| 85. Brk Act #2⬛LIPA 5/13 (X) | B | Interest | L | T | | | | | |
| 86. Brk Act #2⬛NYS Dorm AU RFDG SECD HOSP NYDTWN 5.2/014 | C | Interest | L | T | | | | | |
| 87. Brk Act #2⬛NYSMedCare FACSFINAGYMENTHLTH F 5.375/14 | C | Interest | L | T | | | | | |
| 88. Brk Act #2⬛NYS Dorm Auth Revs Ithaca Coll 5/13 | B | Interest | K | T | buy | 6/21 | K | | |
| 89. Brk Act #2⬛Camden NY Cent SCh DIST SER A 4.5/14 | B | Interest | L | T | | | | | |
| 90. Brk Act #2⬛NYC MUN WTR FIN 00/14 | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Brk Act #2⬛NYS DORM AU Iona Coll 4.3/14 | B | Interest | L | T | | | | | |
| 92. Brk Act #2⬛Nassau Cty NY GENIMPT SER X 5.1/14 | D | Interest | M | T | | | | | |
| 93. Brk Act #2⬛LI Pwr Au 5/14 | B | Interest | L | T | buy | 8/2 | K | | |
| 94. Brk Act #2⬛NYC Ser J 5.25/14 (X) | B | Interest | K | T | | | | | |
| 95. Brk Act #2⬛Sharon Springs MunWtr 4.8/14 | B | Interest | K | T | buy | 6/10 | K | | |
| 96. Brk Act #2⬛NYS Dorm Au Colgate 4.625/14 | B | Interest | K | T | buy | 10/27 | K | | |
| 97. Brk Act #2⬛NYC Ser A G/O 4.3/14 | B | Interest | K | T | buy | 5/6 | K | | |
| 98. Brk Act #2⬛LI Pwr Au 5/14 (X) | B | Interest | K | T | | | | | |
| 99. Brk Act #2⬛Bethlehem NY Cent Sch Dt 5.125/14 (X) | B | Interest | K | T | | | | | |
| 100. Brk Act #2⬛NYS Med Care 5.375/14 (X) | C | Interest | | | sell | 2/15 | L | A | |
| 101. Brk Act #2⬛Buffalo NY SER C Parking 4.7/15 | C | Interest | L | T | | | | | |
| 102. Brk Act #2⬛LI NY Pwr Au Elec SYS 5/15 | C | Interest | M | T | | | | | |
| 103. Brk Act #2⬛No Babylon Sch Dt 5.25/15 (X) | B | Interest | K | T | | | | | |
| 104. Brk Act #2⬛NYS TWY AU 5/15 (X) | B | Interest | L | T | | | | | |
| 105. Brk Act #2⬛NY,NY Ser I 5.25/15 | C | Interest | L | T | buy | 1/15 | L | | |
| 106. Brk Act #2⬛NYC REF Ser B G/O 5.75/15 (X) | C | Interest | L | T | | | | | |
| 107. Brk Act #2⬛NY,NY RFDG Ser G 5/15 | B | Interest | K | T | buy | 7/13 | K | | |
| 108. Brk Act #2⬛NYS EnRGY R&D AU ORNGE & ROCK float/15 | | | L | T | buy | 5/28 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. same as above | | | L | T | buy | 6/16 | L | | |
| 110. Brk Act #2 LI Pwr Au 4/15 | B | Interest | K | T | buy | 7/29 | K | | |
| 111. Brk Act #2 Carle Place 5.4/15 | B | Interest | K | T | buy | 12/14 | K | | |
| 112. Brk Act #2 NYNY Ser A 5.25/15 | B | Interest | K | T | buy | 4/30 | K | | |
| 113. Brk Act #2 MTA 5.25/15 (X) | C | Interest | L | T | | | | | |
| 114. Brk Act #2 NYC Health & Hosp 4.55/16 | C | Interest | M | T | | | | | |
| 115. Brk Act #2 Nassau Co GenImpt Ser Y 5/16 | B | Interest | K | T | buy | 5/18 | K | | |
| 116. Brk Act # 2 NYC G/O Ser H 5.25/16 | C | Interest | L | T | buy | 6/1 | L | | |
| 117. Brk Act #2 NYS Dorm Au St Johns U 5/16 (X) | B | Interest | K | T | | | | | |
| 118. Brk Act #2 NY,NY Trans Fin Au 4.75/16 (X) | B | Interest | K | T | | | | | |
| 119. Brk Act #2 LIPA 5.125/16 | C | Interest | L | T | | | | | |
| 120. Brk act #2 NYS Env Fac Corp St Clean Wtr 5/17 (X) | B | Interest | L | T | | | | | |
| 121. Brk Act #2 NY NY RFDG Ser J 5/17 (X) | A | Interest | K | T | | | | | |
| 122. Brk Act #2 NYC Ser G G/O 5/17 | C | Interest | M | T | buy | 10/15 | M | | |
| 123. Brk Act #2 NYS Dorm AU City U 5/18 | C | Interest | L | T | | | | | |
| 124. Brk Act #2 NYC SER B Gen Obl 5.375/18 (X) | C | Interest | L | T | | | | | |
| 125. Brk Act #2 LI NYPWR AU 5/18 (X) | C | Interest | M | T | | | | | |
| 126. NBrk Act #2 NYS Dorm Au St Josephs H 5.25/18 (X) | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Brk Act #2███Buffalo NY Mun Wtr Fin Au 5/19 | B | Interest | K | T | buy | 3/16 | K | | |
| 128. Brk Act #2███Niagra Falls Brdg float/19 | | None | L | T | buy | 9/21 | L | | |
| 129. Brk Act #2███Buffalo Ser C 5/19 (X) | C | Interest | M | T | | | | | |
| 130. Brk Act #2███NYC Trans F/A Rev 5.25/21 | C | Interest | L | T | buy | 3/18 | | | |
| 131. Brk Act #2███NYC TR Cultural Res Am Muse Nat Hist float/ 21 | | None | L | T | buy | 6/3 | L | | |
| 132. Brk Act #2███Triborough B & TAU 5/24 (X) | C | Interest | M | T | | | | | |
| 133. Brk Act #2███Triborough B & T Au 1.95/32 (X) | C | Interest | N | T | | | | | |
| 134. Brk Acct#2███Kayne Anderson MLP INVT Co | A | Dividend | K | T | buy | 12/23 | K | | |
| 135. Bkt Act#2███shares TR Dow Jones Select Div Index Fund (X) | B | Dividend | L | T | | | | | |
| 136. Brk Act #4 NYS Med Care 5.3/04 | B | Interest | | | redemption | 2/15 | K | A | |
| 137. Brk Act #4 NYS Twy Au SER A 4.9/05 | B | Interest | L | T | | | | | |
| 138. Brk Act #4 NYS Dorm Au City U 4.45/05 | B | Interest | K | T | | | | | |
| 139. Brk Act #4 NYS Dorm Au Southside Hosp 5/06 | B | Interest | K | T | | | | | |
| 140. Brk Act #4 NY RFDF SER A 6.125/06 | B | Interest | | | sell | 8/1 | K | | |
| 141. Brk Act #4 NYS Dorm Au UTD Health 4.8/06 | B | Interest | K | T | | | | | |
| 142. Brk Act #4 NYS MED CARE MNTL HEALTH 4.9/06 | B | | L | | sell | 2/15 | L | B | |
| 143. Brk Act #4 NYS Dorm Au City U 4.625/07 | B | Interest | J | T | | | | | |
| 144. Brk Act #4 Port Auth 119th Ser 5/07 | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Brk Act #4 NYS Dorm Mtg Hosp 4.95/08 | B | Interest | K | T | | | | | |
| 146. Brk Act #4 NYS Med Care 5.4/08 [new mat 05] | B | Interest | K | T | | | | | |
| 147. Brk Act #4 NYS Thrwy 5.1/10 | C | Interest | L | T | | | | | |
| 148. Brk Act #4 NYC G/O Ser C  4.35/11 | B | Interest | L | T | | | | | |
| 149. Brk Act #4 NYC RFDG Ser H, subser H6 float/12 | | None | K | T | buy | 9/9 | K | | |
| 150. Brk Act #4 MTA FRDG Ser A 4.3/13 (X) | B | Interest | L | T | | | | | |
| 151. Brk Act #4 Nassau Cty Gen Impt Ser X 5.1/14 | C | Interest | L | T | | | | | |
| 152. Brk Act #4 NYC Ref Ser B G/O 5.75/15 (X) | B | Interest | J | T | | | | | |
| 153. Brk Act #4 NYC Health & Hosp 4.5[4.55]/16 | A | Interest | K | T | | | | | |
| 154. Brk Act #4 NYC G/O Ser B 5.25/18 (X) | C | Interest | L | T | buy | 7/23 | L | | |
| 155. Brk Act #5█SB Muni NY MNY MKT PORT CL A | C | Dividend | K | T | | | | | |
| 156. Brk Act #5█SB Apprec Fd CL A | | None | | | sell | 11/30 | L | D | |
| 157. Brk Act #5█SM Muni FD NY Port CL A | C | Dividend | L | T | | | | | |
| 158. Brk Act #5█SB High Income FD CL A | B | Dividend | | | sell | 11/30 | K | | |
| 159. Brk Act #5█SB Intermediate Maty NY Muni FD CLA | B | Dividend | L | T | | | | | |
| 160. Brk Act #5█SB Large Cap Growh Fund CL A | A | Dividend | K | T | buy | 11/30 | K | | |
| 161. Brk Act #5█NYS Med Care 5.3/04 | B | Interest | | | redeemed | 2/17 | K | A | |
| 162. Brk Act #5█NYS Dorm AU 4.45/05 | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 163. | Brk Act #5██ NYNY RFDG SER A 6.125/06 | B | Interest | | | sell | 8/1 | K | A | |
| 164. | Brk Act #5██ NYS Dorm Au 4.8/06 | B | Interest | L | T | | | | | |
| 165. | Brk Act #5██ NYS Med Care MNTL HLTH 4.9/06 | B | Interest | | | sell | 2/15 | L | A | |
| 166. | Brk Act #S██ NYS Dorm AU City U 4.625/07 | B | Interest | K | T | | | | | |
| 167. | Brk Act #5██ Port Auth NYNJ 119th Ser 5/07 | B | Interest | L | T | | | | | |
| 168. | Brk Act #9██ NYS Dorm UTD Hlth Svcs 4.95/08 | B | Interest | K | T | | | | | |
| 169. | Brk Act #5██ NYS Med Care Ment Hlth 5.4/05[08] | B | Interest | K | T | | | | | |
| 170. | Brk Act #5██ NYS Thrwy AU 5.1/10 | C | Interest | L | T | | | | | |
| 171. | Brk Act #5██ NYC G/O SER C 4.375/11 | B | Interest | L | T | | | | | |
| 172. | Brk Act #5██ Corning NYC Sch Dist SerB 4.25/13 | B | Interest | L | T | | | | | |
| 173. | Brk Act #5██ Nassau Cnty NY Gen Impt Ser X 5.1/14 | C | Interest | L | T | | | | | |
| 174. | Brk Act #5██ NYC Ref B G/O 5.75/15 (X) | B | Interest | K | T | | | | | |
| 175. | Brk Act #5██ NY, NYSer H 5/15 | A | Interest | K | T | buy | 12/10 | K | | |
| 176. | Brk Act #5██ MTA 5.25/15 (X) | C | Interest | L | T | | | | | |
| 177. | Brk Act #5██ NYC Health&Hosp 4.55/16 | A | Interest | K | T | | | | | |
| 178. | Brk Act #6██ SB Money Funds Cash Port CLA | A | Dividend | J | T | | | | | |
| 179. | Brk Act #6██ SB Muni NY Mkt Port CL A | A | Dividend | J | T | | | | | |
| 180. | Brk Act #6██ ADP | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Brk Act #6 BBY | A | Dividend | J | T | | | | | |
| 182. Brk Act #6 CSCO | | None | J | T | | | | | |
| 183. Brk Act #6 CTAS | A | Dividend | J | T | | | | | |
| 184. Brk Act #6 Citigroup | A | Dividend | J | T | | | | | |
| 185. Brk Act #6 Dell (X) | | None | J | T | | | | | |
| 186. Brk Act #6 EMR | A | Dividend | | | sell | 12/20 | J | A | |
| 187. Brk Act #6 GE | A | Dividend | J | T | | | | | |
| 188. Brk Act #6 HD | A | Dividend | J | T | | | | | |
| 189. Brk Act #6 IBM | A | Dividend | J | T | | | | | |
| 190. Brk Act #6 KMB | A | Dividend | J | T | | | | | |
| 191. Brk Act #6 KSS | | None | J | T | | | | | |
| 192. Brk Act #6 LLY | A | Dividend | J | T | | | | | |
| 193. Brk Act #6 MDT | A | Dividend | J | T | | | | | |
| 194. Brk Act #6 MRK | A | Dividend | J | T | | | | | |
| 195. Brk Act #6 MSFT | A | Dividend | J | T | | | | | |
| 196. Brk Act #6 NOK | A | Dividend | J | T | | | | | |
| 197. Brk Act #6 NP (X) | | None | | | sell | 12/9 | J | | |
| 198. Brk Act #6 ORCL | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,0 0,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P. Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Brk Act #6⬛FE | A | Dividend | J | T | | | | | |
| 200. Brk Act #6⬛WMT | A | Dividend | J | T | | | | | |
| 201. Brk Act #6⬛WAG | A | Dividend | J | T | | | | | |
| 202. Brk Act #6⬛WFC | A | Dividend | J | T | | | | | |
| 203. Brk Act #7 Citibank NA Bank Dep Program | B | Interest | L | T | | | | | |
| 204. Brk Act #7 FNMA | | None | L | T | buy | 2//25 | L | | |
| 205. same as above | | | | | sell | 11/05 | K | | |
| 206. Brk Act #8⬛Citibank Bank Dep Prog | A | Interest | K | T | | | | | |
| 207. Brk Act #8⬛SB Appreciation FD CL A | | None | J | T | | | | | |
| 208. Brk Act #9⬛SB MUNI NY MNY MKT PORT CL A | A | Dividend | N | T | | | | | |
| 209. Brk Act #9⬛Nuveen NY Select Qual (NVN) | B | Dividend | K | T | | | | | |
| 210. Brk Act #10⬛SB MUNI NY MNY PORT CL A | B | Dividend | N | T | | | | | |
| 211. Brk Act #10⬛Nuveen NY Sel Qual (NVN) | C | Dividend | J | T | | | | | |
| 212. Brk Act #11⬛Fidelity Funds(Stock) | | None | M | T | | | | | |
| 213. Brk Act #11⬛Spartan US Eq Index | | None | M | T | | | | | |
| 214. Brk Act #11⬛MSIFT CP Fx Inst | D | Dividend | M | T | | | | | |
| 215. Brk Act #12 PHX Oakhurst Strat Alloc FD A | | None | J | T | | | | | |
| 216. Brk Act #12 PHX Oakhurst Inc&Growth FD A | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Brk Act #13 Fidelity Divers Intl | | None | J | T | | | | | |
| 218. Brk Act #13 Fidelity Equity Inc | | None | O | T | | | | | |
| 219. Brk Act #13 Fidelity Inter Bond | E | None | N | T | | | | | |
| 220. Brk Act #13 Fidelity Retire Mmkt | C | None | N | T | | | | | |
| 221. Brk Act #14 Fidelity Equity Inc | | None | L | T | | | | | |
| 222. Brk Act #14 Fidelity Inter Bond | B | None | K | T | | | | | |
| 223. Brk Act #14 Fidelity Retirement Mmkt | A | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Castel, P .Kevin | 4/26/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

I also have one bank account which is not interest bearing.

PartVII: INVESTMENTS AND TRUSTS

N.B. References below to "Prior FDR" are to the "Nomination Report" dated 3/5/03. I entered judicial service on 11/04/03 and was not required to file an annual report for 2003 because I had fewer than 60 days service in that calendar year. See section 101(d) and p.1 of filing instructions.

Item 4 of Prior FDR: Brk Act #2 Fidelity Aggressive Growth Mutual Fund sold on 10/24/03.

Item 13 of Prior FDR: Brk Act #2 SB Premium Toral Return Fund sold on 2/3/03.

Item 14 of Prior FDR: Brk Act#2 SB Balance Fd CL A sold on 2/3/03.

Item 17 of Prior FDR: Brk Act #2 SB Int'l All Cap Grwth Port CL A sold on 2/3/03.

Item 18 of Prior FDR: Brk Act#2 SB Int'l All Cap Grwth Port Class L sold on 2/3/03.

Item 20 of Prior FDR: Brk Act #2 Buffalo NY Gen Impt Ser A 4/03 redeemed on 2/1/03.

Item 21 of Prior FDR: Brk Act#2 NYC Gen Oblig Fiscal 1994 SER A redeemed on 81/03.

Item 22 of Prior FDR: NYS Med FACS FINAGY STPETERSHOSP 4.9/03 redeemed on 11/1/03.

Item 27 of Prior FDR: Brk Act#2 Nassau Cnty NY RFDG SER A 5.375/05 sold on 8/1/03.

Item 49 of Prior FDR Niagra Falls NY Brdg Com Toll 5.125/08 sold on 10/27/03.

Item 58 of Prior FDR Brk Act#2 NYC RFDG-SERH SUBSERH6 /13 sold on 2/20/03 and 6/27/03.

Item 78 of Prior FDR Brk Act #3 SB Munifunds transferred to Brk Act #2(J) on 7/14/03.

Item 79 of Prior FDR Brk Act #3 SB Muni NY Mny Mkt transferred to Brk Act #2(J) on 7/14/03.

Item 80 of Prior FDR Brk Act#3 IR sold on 7/14/03.

Item 81 of Prior FDR Brk Act#3 RIG sold on 2/3/03 and 3/12/03.

Item 82 of Prior FDR Brk Act#3 ABT sold on 7/14/03.

Item 83 of Prior FDR Brk Act#3 AIG sold on 7/14/03.

Item 84 of Prior FDR Brk Act#3 ADI sold on 7/14/03.

Item 85 of Prior FDR Brk Act#3 AVP sold on 7/17/03.

Item 86 of Prior FDR Brk Act#3 CVS sold on 3/19/03.

Item 87 of Prior FDR Brk Act#3 CAH sold on 2/5//03 and 3/5/03.

Item 88 of Prior FDR Brk Act#3 CCL sold on 7/14/03.

Item 89 of Prior FDR Brk Act#3 COF [CF] sold on 4/9/03 and 4/21/03.

Item 90 of Prior FDR Brk Act#3 CSCO sold on 7/14/03.

Item 91 of Prior FDR Brk Act#3 Citigroup sold on 7/14/03.

Item 92 of Prior FDR Brk Act#3 KO sold on 7/14/03.

Item 93 of Prior FDR Brk Act#3 CL sold on 7/14/03.

Item 94 of Prior FDR Brk Act#3 Dominio Resources sold on 6/19/03 and 7/14/03.

Item 95 of Prior FDR Brk Act#3 EI Dupont sold on 7/14/03.

Item 96 of Prior FDR Brk Act#3 ETR sold on 4/24/03 and 6/19//03.

Item 97 of Prior FDR Brk Act#3 XOM sold on 3/11/03 and 7/14/03.

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting<br><br>Castel, P .Kevin | Date of Report<br><br>4/26/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item 98 of Prior FDR Brk Act#3███FNM  sold on 7/14/03.

Item 99 of Prior FDR Brk Act#3███FITB  sold on 7/10/03 and 7/14/03.

Item 100 of Prior FDR Brk Act#3███FDC sold on 7/14/03.

Item 101  of Prior FDR Brk Act#3███GE sold on 7/14/03.

Item 102 of Prior FDR Brk Act#3███GDW sold on 7/14/03.

Item 103 of Prior FDR Brk Act#3███GDT sold on 7/14/03.

Item 104 of Prior FDR Brk Act#3███HCA sold on 4/14/03 and 4/24/03.

Item 105  of Prior FDR Brk Act#3███INTC sold on 7/14/03.

Item 106 of Prior FDR Brk Act#3███IBM  sold on 7/9/04 and7/14/03.

Item 107 of Prior FDR Brk Act#3███JNJ  sold on 1/27/03 and 1/31//03.

Item 108 of Prior FDR Brk Act#3███KSS  sold on 6/26/03 and 7/14/03.

Item 109 of Prior FDR Brk Act#3███KFT sold on 4/1/03 and 7/14/03.

Item 110 of Prior FDR Brk Act#3███LOW sold on 7/14/03.

Item 111 of Prior FDR Brk Act#3███MDT sold on 6/13/03 and 7/14/03.

Item 112 of Prior FDR Brk Act#3███MSFT sold on 7/14/03.

Item 113 of Prior FDR Brk Act#3███MWD sold on 7/14/03.

Item 114 of Prior FDR Brk Act#3███MOT sold on 4/29//03.

Item 115 of Prior FDR Brk Act#3███PFE sold on 7/14/03.

Item 116 of Prior FDR Brk Act#3███PG sold on 5/13/04 and 7/14/03.

Item 117 of Prior FDR Brk Act#3███RTN sold on 7/14/03.

Item 118 of Prior FDR Brk Act#3███SBC sold on 2/24/03 and 7/14/03.

Item 119 of Prior FDR Brk Act#3███SLM sold on 7/14/03.

Item 120 of Prior FDR Brk Act#3███TGT sold on 7/14/03.

Item 121 of Prior FDR Brk Act#3███TXN sold on 4/25/03 and 7/14/03.

Item 122 of Prior FDR Brk Act#3███TAPA CL A sold on 7/14/03.

Item 123 of Prior FDR Brk Act#3███TAPB sold on 7/14/03.

Item 124 of Prior FDR Brk Act#3███UNP sold on 5/10/03 and 7/15/03.

Item 125 of Prior FDR Brk Act#3███UTX [UTZ] sold on 7/14/03.

Item 126 of Prior FDR Brk Act#3███VZ sold on 4/17/03 and 7/14/03.

Item 127 of Prior FDR Brk Act#3███WMT sold on 7/14/03.

Item 128 of Prior FDR Brk Act#3███VIAB sold on 7/14/03.

Item 129 of Prior FDR Brk Act#3███WLP sold on 7/14/03.

Item 130 of Prior FDR Brk Act#3███WYE sold on 7/14/03.

Item 132 of Prior FDR Brk Act #4 US Treas Notes Ser B sold on 8/15/03.

Item 144 of Prior FDR Brk Act #4 Niagra Falls NY Brdg 5.15/08 sold on 10/27/03.

Item 147 of Prior FDR Brk Act #4 MTA SVC Contract 4.3/11 appears to have been listed in error; no record of ownership at the time of prior FDR or now.

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting<br><br>Castel, P .Kevin | Date of Report<br><br>4/26/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item 154 of Prior FDR Brk Act #5 ▇ SB Balance FD CLA sold on 2/3/03.

Item 156 of Prior FDR Brk Act #5 ▇ US Treas Notes Ser B 2003  5.75/03 redeemed 8/15/03.

Item 166 of Prior FDR Brk Act #5 ▇ Niagra Falls NY Brdg 5.125/08 sold on 10/27/03.

Item 174 of Prior FDR Brk Act #6 ▇ AIG   sold on 10/23/03.

Item 175 of Prior FDR Brk Act #6 ▇ AMGN   sold on 10/23/03.

Item 176 of Prior FDR Brk Act #6 ▇ AMAT sold on 2/18/03 and 2/19/03.

Item 179 of Prior FDR Brk Act #6 ▇ CAH  sold on 10/23/03.

Item 183 of Prior FDR Brk Act #6 ▇ EDS sold on 3/6/03 and 3/7/03.

Item 185 of Prior FDR Brk Act #6 ▇ FITB  sold on 10/23/03.

Item 186 of Prior FDR Brk Act #6 ▇ FISV   sold on 10/23/03.

Item 189 of Prior FDR Brk Act #6 ▇ INTC  sold on 10/23/03.

Item 191 of Prior FDR Brk Act #6 ▇ JNJ  sold on 10/23/03.

Item 199 of Prior FDR Brk Act #6 ▇ MOLX  sold on 7/11/03 7/14/03 and 10/23/03.

Item 200 of Prior FDR Brk Act #6 ▇ NYT  sold on 12/17/03.

Item 203 of Prior FDR Brk Act #6 ▇ PAYX  sold on 10/23/03.

Item 205 of Prior FDR Brk Act #6 ▇ STT  sold on 10/23/03.

Item 206  of Prior FDR Brk Act #6 ▇ SYY  sold on 10/23/03.

Item 207 of Prior FDR Brk Act #6 ▇ UPS sold on 10/23/03.

Item 211 of prior FDR Brk Act #7 Dreyfus Liquid Assets redeemed 11/10-11/17/03.

Item 212 of Prior FDR Brk Act #7 GSF  sold on 3/19/03.

Item 213 of Prior FDR Brk Act #7 AKS  sold on 3/11/03.

Item 214 of Prior FDR Brk Act #7 Alcoa Inc  sold on 11/19/03.

Item 215 of Prior FDR Brk Act #7 ACAS sold on 6/3/03 and 6/4/03.

Item 216 of Prior FDR Brk Act #7 AXP sold on 11/19//03.

Item 217 of Prior FDR Brk Act #7 AIG sold on 11/19/03.

Item 218 of Prior FDR Brk Act #7 AMGN sold on  527/03 and 6/6/03.

Item 219 of Prior FDR Brk Act #7 ATH sold on 5/19/03 and 11/19/03.

Item 220 of Prior FDR Brk Act #7 BZH sold on 4/25/03.

Item 221 of Prior FDR Brk Act #7 KO  sold on 3/10/03.

Item 222 of Prior FDR Brk Act #7 DTE sold on 9/22/03.

Item 223 of Prior FDR Brk Act #7 EME  sold on 3/17/03.

Item 224 of Prior FDR Brk Act #7 GE sold on 11/19/03.

Item 225 of Prior FDR Brk Act #7 HSY sold on 4/22/03.

Item 226 of Prior FDR Brk Act #7 HD sold on 5/21/03 and 7/15/03.

Item 227 of Prior FDR Brk Act #7 HMC sold prior to 12/31/03.

Item 228 of Prior FDR Brk Act #7 KFT sold on 3/10/03

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Item 229 of Prior FDR Brk Act #7 HSY sold on 4/22/03.

Item 230 of Prior FDR Brk Act #7 Lowes Corp Carolina Group CG sold on 4/10/03.

Item 231 Brk Act #7 MBI sold on 3/17/03.

Item 232 of Prior FDR Brk Act #7 MDT sold prior to 12/31/03.

Item 233 of Prior FDR Brk Act #7 KR sold on 4/22/03.

Item 234 of Prior FDR Brk Act #7 MOGA sold on 4/28/03 and 4/30/03.

Item 235  of Prior FDR Brk Act #7 NYB sold on 4/22/03.

Item 236 of Prior FDR Brk Act #7 OMC sold on 11/19/03.

Item 237 of Prior FDR Brk Act #7 POG sold 4/14/03.

Item 238 of Prior FDR Brk Act #7 PFE sold on 11/19/03.

Item 239 of Prior FDR Brk Act #7 PFG sold on 11/19/03.

Item 241 of Prior FDR Brk Act #7 SLB sold on 4/10/03.

Item 243 of Prior FDR Brk Act #7 WMT sold on 5/21/03 and 11/19/03.

Item 245 of Prior FDR Brk Act #7 ISHARES MSCI MEXICO(EWW ) sold prior to 12/31/03.

Item 246 of Prior FDR Brk Act #7 ISHARES TR LEHMAN TBOBD (SHY) sold prior to 12/31/03.

Item 274 Brk Act #7 Bank of NY sold on 3/17/03.

Item 275 of Prior FDR Brk Act #7 FISERV sold on 4/28/03.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date_____4/26/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544